IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| ISIDRO TARIN | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came on for hearing pursuant to defendant's Motion to Modify Conditions of Supervised Release, Filing No. 3.  The defendant appeared with his attorneys, Stuart Dornan and Stacy Ferrel.  Assistant United States Attorney William Mickle appeared on behalf of the government.  The court being fully advised finds that the defendant's supervised release should be modified to allow contact with convicted felon Tamika Smith.  However, the court finds that he may not live with Ms. Smith until such time he is divorced, has presented a plan to financially care for his dependant children, and has obtained consent from the court with jurisdiction over Ms. Smith's supervised release.

IT IS, THEREFORE, ORDERED that Standard Condition 9 of the defendant's supervised release is modified to allow contact with Tamika Smith as set forth in this order.

DATED this 24th day of May, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge