IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR290 |
| v. | ) | |
| ISIDRO TARIN, | ) | ORDER |
| Defendant. | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR52 |
| v. | ) | |
| TAMEAKA L. SMITH, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

Before the court is an unopposed motion to consolidate (Filing No. 7 in 8:06CR290). After reviewing the matter, the court finds that the case 8:04CR52 is related to 8:06CR290. Accordingly,

IT IS ORDERED that case 8:04CR52 is reassigned to District Judge Joseph F. Bataillon and Magistrate Judge Thomas D. Thalken.

DATED this 5th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge