PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

        *v.*                       Docket # 8:06CR290-1

Isidro Tarin

On August 20, 2002, Isidro Tarin was sentenced to 57 months custody, to be followed by 24 months supervised release. The period of supervised release commenced April 10, 2006. Mr. Tarin has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Isidro Tarin be discharged from supervision.

Respectfully submitted,

*/s/ Sandra J. Otto*  
Sandra J. Otto  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   20th   day of   April  , 2009.

*/s/ Joseph F. Bataillon*  
The Honorable Joseph F. Bataillon  
Chief United States District Judge